DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONABELL FLETCHER,**
Appellant,

v.

**SCHOOL BOARD OF BROWARD COUNTY,**
Appellee.

No. 4D18-3683

[May 16, 2019]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra J. Perlman, Judge; L.T. Case No. 062015CA018262XXXCE.

Eduardo E. Dieppa III of Dieppa Law Firm P.A., Miami, for appellant.

Michael T. Burke of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***